# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

STATE OF FLORIDA,

   *Plaintiff*,

v.                       No. 3:21-cv-2722-MCR-HTC

DEPARTMENT OF HEALTH AND
HUMAN SERVICES, et al.,

   *Defendants*.
_____/

## NOTICE OF SIMILAR CASE

Under Local Rule 5.6, a "party who files . . . a case must file a notice" if the case "involves issues of fact or law in common with the issues in another case pending in the District." Consistent with that rule, the State of Florida hereby notifies the Court of *Darling et al. v. Sacred Heart Health System, Inc. et al.*, No. 3:21-cv-1787-TKW-HTC.

*Darling* involves a challenge to an employer-instituted vaccine mandate that plaintiffs claim was coerced by the then-impending CMS vaccine mandate. *See, e.g.*, ECF No. 5 at 17–23. This claim overlaps substantially with both the facts and the legal issues relevant to the above-captioned case, in which Florida argues that CMS's vaccine mandate is unlawful and improperly forces States and employers to be complicit in unauthorized federal overreach.

Respectfully submitted,

Ashley Moody
ATTORNEY GENERAL

John Guard (FBN 374600)
CHIEF DEPUTY ATTORNEY GENERAL

James H. Percival (FBN 1016188)
DEPUTY ATTORNEY GENERAL OF LEGAL POLICY

Henry C. Whitaker (FBN 1031175)
SOLICITOR GENERAL

Daniel Bell (FBN 1008587)
CHIEF DEPUTY SOLICITOR GENERAL

/s/ David M. Costello
David M. Costello (FBN 1004952)
ASSISTANT SOLICITOR GENERAL

Natalie Christmas (FBN 1019180)
ASSISTANT ATTORNEY GENERAL OF LEGAL POLICY

Jason H. Hilborn (FBN 1008829)
DEPUTY SOLICITOR GENERAL

Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
david.costello@myfloridalegal.com

*Counsel for the State of Florida*

# CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of November, 2021, a true and correct copy of the foregoing was filed with the Court's CM/ECF system and furnished by US Mail to:

Xavier Becerra, Secretary
U.S. Department of Health and Human Services
200 Independence Avenue, S.W.
Washington, DC 20201

U.S. Centers for Medicare and Medicaid Services
7500 Security Boulevard
Baltimore, MD 21244

United States of America
c/o United States Attorney's Office
Northern District of Florida
Tallahassee Headquarters
Civil Process Clerk
111 North Adams Street
4th Floor, U.S. Courthouse
Tallahassee, FL 32301

Chiquita Brooks-LaSure, Administrator
U.S. Centers for Medicare and Medicaid Services
7500 Security Boulevard
Baltimore, MD 21244

U.S. Department of Health and Human Services
200 Independence Avenue, S.W.
Washington, DC 20201

U.S. Department of Justice
Justice Management Division
950 Pennsylvania Ave., N.W.
Room 1111
Washington, DC 20530

/s/ David M. Costello
Assistant Solicitor General