UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STATE OF FLORIDA,

v.

DEPARTMENT OF HEALTH AND
HUMAN SERVICES, et al.

CASE NO. 3:21-cv-2722-MCR-HTC

# REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on     November 29, 2021

Motion/Pleadings: JOINT MOTION TO VACATE FURTHER BRIEFING AND HEARING ON PRELIMINARY INJUNCTION

Filed by  Plaintiff & Defendants  on  November 28, 2021     Doc. #  14

_____ Stipulated     X     Joint Pleading

JESSICA J. LYUBLANOVITS
CLERK OF COURT
*/s/ Patricia G. Romero*
Deputy Clerk:     Patricia G. Romero

On consideration, the motion is **GRANTED**. The Court's order, ECF No. 13, is **PARTIALLY VACATED** insofar as it *sua sponte* reinstated the State of Florida's Motion for Preliminary Injunction, required further briefing on the motion, and scheduled an evidentiary hearing. The hearing scheduled for December 1, 2021, is **CANCELLED** at the parties' joint request. Insofar as the order, ECF No. 13, denied the request for a preliminary injunction pending appeal, the order is

unchanged.  A supplemental order will be entered to set out the Court's reasoning with respect to the recently enacted Florida law.

**DONE** and **ORDERED** this 29th day of November 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**