UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STATE OF FLORIDA,

    Plaintiff,

v.                      CASE NO. 3:21cv2722-MCR-HTC

DEPARTMENT OF HEALTH AND
HUMAN SERVICES, et al.,

    Defendants.
_____/

## ORDER

    Pending is the parties' Joint Motion to Stay All Proceedings Pending Appeal, ECF No. 21. Having fully reviewed the matter, the Court agrees that a stay will promote judicial efficiency and preserve the resources of the Court and the parties. Accordingly, the Joint Motion to Stay All Proceedings Pending Appeal, ECF No. 21, is **GRANTED**. The case and all deadlines are **STAYED** pending further order. Plaintiff is to promptly notify the Court when the appeal is resolved and the case is ready to proceed.

    **DONE AND ORDERED** this 13th day of December 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**